# United States Court of Appeals
## For the First Circuit

---

No. 24-2081

GUISTINA APRILEO,

Plaintiff - Appellee,

v.

CHERYL CLAPPROOD, individually and as Police Commissioner, City of Springfield; CITY OF SPRINGFIELD; OFFICER RICHARD T. WARD, individually and as Police Officer, Springfield Police Department; OFFICER THALIA CASTRO, individually and as Police Officer, Springfield Police Department; OFFICER JASON BACIS, individually and as Police Officer, Springfield Police Department,

Defendants - Appellants.

---

**ORDER OF COURT**

Entered: June 26, 2025
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellee Guistina Aprileo on June 16, 2025, is not in compliance with the following Federal Rule of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(C),** requiring that the front cover of the brief contain the title of the case (see Rule 12(a)). ***The caption on the appellee's brief does not match the caption used by this court.***

Appellee Guistina Aprileo is ordered to file a conforming brief by **July 3, 2025**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellants' reply brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lisa Caryl deSousa, Tyler James Kenefick, Kevin B. Coyle, Anthony Gallant, Adam W. Hansen, Jason R. Herrick, Emma Lerner Freeman, Eric R. Atstupenas